NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**

*Appellant*

**v.**

**INTERDIGITAL PATENT HOLDINGS, INC.,**

*Appellee*

---

2025-2049, 2025-2050

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00537, IPR2024-00538.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2       MICROSOFT CORPORATION V. INTERDIGITAL PATENT
HOLDINGS, INC.

(2) Each side shall bear their own costs.

FOR THE COURT

November 6, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 6, 2025